**STATE of Missouri, Respondent,**

v.

**Antonio GRAY, Appellant.**

**No. 71990.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 9, 1997.

Irene Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, C.J., and CRANDALL, and KAROHL, JJ.

**ORDER**

PER CURIAM

Defendant appeals from the judgment entered after a jury found him guilty of trafficking drugs in the second degree. Defendant was sentenced as a persistent drug offender to fifteen years imprisonment. No jurisprudential purpose would be served by a written opinion.

The judgment is affirmed. Rule 30.25(b).